856 A.2d 39

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Chauncey HARRIS, Respondent.**

**No. 930 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 15, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of July, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 16, 2004, it is hereby

ORDERED that CHAUNCEY HARRIS be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.